DPS-149                                                    March 3, 2005
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 05-1136

mc 05-78

IN RE: LUTHER QUALLS, Petitioner

Present:    ROTH, BARRY AND SMITH, CIRCUIT JUDGES

Submitted are:

(1)    Petitioner's application pursuant to 28 U.S.C. § 2244 for permission
       to file a second or successive habeas corpus petition; and
(2)    Response thereto

in the above-captioned case.

                              Respectfully,

                              Clerk

MMW/JDM/lld

_____ORDER _____

The foregoing application to file a second or successive 28 U.S.C. § 2254 habeas corpus
petition is denied.  On September 29, 2004, the United States District Court for the
District of Delaware denied Luther Qualls' 28 U.S.C. § 2254 petition for a writ of habeas
corpus, holding that his claims were procedurally defaulted.  Qualls did not appeal that
decision to this Court.  Instead, he filed the present application for permission to file
another § 2254 petition.  His application, however, is nothing more than a request for a
certificate of appealability to seek review of the denial of his first § 2254 petition.  A §
2244 application is not an alternative to an appeal.  Moreover, as the State notes, Qualls'
§ 2244 application cannot be treated as a notice of appeal from the denial of his § 2254
petition because it would be untimely as a notice of appeal.  Finally, to the extent that
Qualls seeks permission to file another § 2254 petition so that he can raise the same
claims from his first § 2254 petition, that request must be denied.  See 28 U.S.C. §
2244(b)(1).

                              By the Court,

                               /s/ D. Brooks Smith
                              Circuit Judge

Dated: April 14, 2005
CRG/cc: LQ, LCM

A True Copy:

Marcia M. Waldron,
Clerk